IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGHWAY MATERIALS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WHITEMARSH TOWNSHIP, | : | |
| MONTGOMERY COUNTY, PA; THE | : | |
| BOARD OF SUPERVISORS OF | : | |
| WHITEMARSH TOWNSHIP, | : | |
| MONTGOMERY COUNTY, PA.; ANN D. | : | |
| YOUNGLOVE, INDIVIDUALLY AND IN | : | |
| HER CAPACITY AS CHAIRMAN OF THE | : | |
| BOARD OF SUPERVISORS; RONALD J. | : | CIVIL ACTION NO. 02-3212 |
| DEROSA, INDIVIDUALLY AND IN HIS | : | |
| CAPACITY AS VICE CHAIRMAN; | : | |
| WILLIAM P. RIMEL, III, INDIVIDUALLY | : | |
| AND IN HIS CAPACITY AS SUPERVISOR; | : | |
| PETER B. CORNOG, INDIVIDUALLY AND | : | |
| IN HIS CAPACITY AS SUPERVISOR; | : | |
| MICHAEL A. ZEOCK, INDIVIDUALLY | : | |
| AND IN HIS CAPACITY AS SUPERVISOR; | : | |
| THOMAS F. ZARKO, INDIVIDUALLY AND | : | |
| IN HIS CAPACITY AS TOWNSHIP | : | |
| ENGINEER, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF SERVICE

Service of the Summons and Complaint in this matter was made upon defendant The Board of Supervisors of Whitemarsh Township, Montgomery County, PA, 616 Germantown Pike, LaFayette Hill, PA 19444 on May 28, 2002 by a representative of C&E Legal Courier Services, Inc. via acceptance by an agent in charge.  A copy of the Return of Service completed by C&E Legal Courier Services, Inc. is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 5, 2002.

_____
Michael Sklaroff
Walter M. Einhorn, Jr.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

Attorneys for Plaintiff
Highway Materials

Date:  June 5, 2002