IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WHITEMARSH TOWNSHIP, MONTGOMERY COUNTY, PA; THE BOARD OF SUPERVISORS OF WHITEMARSH TOWNSHIP, MONTGOMERY COUNTY, PA.; ANN D. YOUNGLOVE, INDIVIDUALLY AND IN HER CAPACITY AS CHAIRMAN OF THE BOARD OF SUPERVISORS; RONALD J. DEROSA, INDIVIDUALLY AND IN HIS CAPACITY AS VICE CHAIRMAN; WILLIAM P. RIMEL, III, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; PETER B. CORNOG, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; MICHAEL A. ZEOCK, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; THOMAS F. ZARKO, INDIVIDUALLY AND IN HIS CAPACITY AS TOWNSHIP ENGINEER, <br><br> Defendants. | CIVIL ACTION NO. 02-3212 |

**DECLARATION OF SERVICE**

Service of the Summons and Complaint in this matter was made upon defendant Ronald J. DeRosa, 4044 Joshua Road, LaFayette Hill, PA 19444 on May 28, 2002 by a representative of C&E Legal Courier Services, Inc. via personal service upon the defendant. A copy of the Return of Service completed by C&E Legal Courier Services, Inc. is attached hereto.

2

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 5, 2002.

                                      _____
                                      Michael Sklaroff
                                      Walter M. Einhorn, Jr.
                                      BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                                      1735 Market Street, 51st Floor
                                      Philadelphia, PA 19103
                                      (215) 665-8500

                                      Attorneys for Plaintiff
                                      Highway Materials

Date:  June 5, 2002