IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| WHITEMARSH TOWNSHIP, MONTGOMERY COUNTY, PA; THE BOARD OF SUPERVISORS OF WHITEMARSH TOWNSHIP, MONTGOMERY COUNTY, PA.; ANN D. YOUNGLOVE, INDIVIDUALLY AND IN HER CAPACITY AS CHAIRMAN OF THE BOARD OF SUPERVISORS; RONALD J. DEROSA, INDIVIDUALLY AND IN HIS CAPACITY AS VICE CHAIRMAN; WILLIAM P. RIMEL, III, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; PETER B. CORNOG, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; MICHAEL A. ZEOCK, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; THOMAS F. ZARKO, INDIVIDUALLY AND IN HIS CAPACITY AS TOWNSHIP ENGINEER, | : : : : : : : : : : : : : : : :   CIVIL ACTION NO. 02-3212 |
| | : |
| Defendants. | : |
| | : |

**DECLARATION OF SERVICE**

Service of the Summons and Complaint in this matter was made upon defendant William P. Rimel, III, 3175 Colony Lane, Plymouth Meeting, PA 19462 on May 28, 2002 by a representative of C&E Legal Courier Services, Inc. via leaving a copy at the defendant's dwelling house with a person of suitable age and discretion then residing therein. A copy of the Return of Service completed by C&E Legal Courier Services, Inc. is attached hereto.

2

   I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 5, 2002.

                _____
                Michael Sklaroff
                Walter M. Einhorn, Jr.
                BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                1735 Market Street, 51st Floor
                Philadelphia, PA 19103
                (215) 665-8500

                Attorneys for Plaintiff
                Highway Materials

Date:  June 5, 2002