UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC. | : |
| | : CIVIL ACTION NO. 02-cv-3212 |
| v. | : |
| | : |
| WHITEMARSH TOWNSHIP, MONTGOMERY COUNTY, PA, et al. | : |
| | : |

ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of Defendants Whitemarsh Township, the Board of Supervisors of Whitemarsh Township, Ann D. Younglove, Ronald J. Derosa, William P. Rimel, Peter P. Cornog and Michael A. Zeock only in the above-captioned matter.

DEASEY, MAHONEY & BENDER, LTD.


BY:_____
HARRY G. MAHONEY, ESQUIRE
MICHAEL L. BARBIERO, ESQUIRE
Attorneys for Defendants, Whitemarsh Township, the Board of Supervisors of Whitemarsh Township, Ann D. Younglove, Ronald J. Derosa, William P. Rimel, Peter P. Cornog and Michael A. Zeock


Attorney I.D. Nos. 19609/82933
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103-2978
(215) 587-9400
(215) 587-9456 - fax
245.20872