IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGHWAY MATERIALS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-3212 |
| WHITEMARSH TOWNSHIP, ET AL., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this        day of September, 2002, upon consideration of the Motion to Intervene of Donald and Trina Cohen and Paul and Barbara Henkel, and any responses thereto, it is hereby **ORDERED** that said motion is **GRANTED**. It is further **ORDERED** that the Intervenors shall file their Answer to the Complaint within ten (10) days of the date of this Order.

BY THE COURT:

_____
ROBERT F. KELLY,        Sr. J.