IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC., : | CIVIL ACTION NO. 02-3212 |
| Plaintiff, : | |
| vs. : | |
| WHITEMARSH TOWNSHIP, et al., : | |
| Defendants. : | |

REPORT OF THE PARTIES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(f)

The parties, through their counsel and having met as required by Federal Rule of Civil Procedure 26(f), hereby submit this report on their proposed discovery plan.

1. **Discovery and Case Management Deadlines**

   The parties have agreed on the following deadlines:

   - Rule 26(a)(1) Initial Disclosures -- December 10, 2002
   - Completion of Fact Discovery -- July 30, 2003
   - Rule 26(a)(2) (Expert) Disclosures
     - Plaintiff -- August 29, 2003
     - Defendants/Intervenors -- September 30, 2003
     - Plaintiff (Rebuttal, If necessary) -- October 21, 2003
   - Dispositive Motions Due -- December 1, 2003
   - Completion of Expert Discovery -- December 1, 2003
   - Responses to Dispositive Motions Due -- January 5, 2004

   The parties jointly request that the Court set a date certain of February 2, 2004 for the commencement of the trial in this matter.

PHL_A #1690382 v2

2. **Other Issues / Limitations**

The parties have agreed that Plaintiff shall be entitled to take 14 depositions (including third-party depositions) and that Defendants/Intervenors shall be entitled to take a total of 14 depositions (including third-party depositions).

The parties have not been able to agree on when discovery may commence. Plaintiff intends to serve paper discovery shortly after supplying its initial disclosures under Rule 26(a)(1). Defendants and Intervenors, on the other hand, contend that other than the Rule 26(a)(1) disclosures, all discovery should be stayed until the Court rules on the pending motions to dismiss and for summary judgment.

Additionally, the Intervenors believe that abstention may be appropriate based on certain state court proceedings, and may move the Court to abstain after the Court rules upon the pending motions. Plaintiff would oppose any such motion.

Respectfully submitted,

_____
Michael Sklaroff
Walter M. Einhorn, Jr.
Arleigh P. Helfer, III
Corey Field
I.D. Nos. 03287, 48733, 84427 and 88650
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Attorneys for Plaintiff
Highway Materials, Inc.

_____
Jonathan K. Hollin
Powell, Trachtman, Logan, Carrle,
  Bowman & Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406

Attorneys for Defendant
Thomas F. Zarko

_____
Harry G. Mahoney
Michael L. Barbiero
Deasey, Mahoney & Bender, Ltd.
1800 JFK Boulevard, Suite 1300
Philadelphia, PA 19103-2978

Attorneys for Defendants
Whitemarsh Township, et al.

_____
Kevan F. Hirsch
Kaplin Stewart Meloff Reiter & Stein, P.C.
350 Sentry Parkway
Building 640
Blue Bell, PA 19422

Attorneys for Intervenors