**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| HIGHWAY MATERIALS, INC., | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | NO. 02-3212 |
|  | : |  |
| WHITEMARSH TOWNSHIP, et al., | : |  |
|  | : |  |
| Defendants. | : |  |

## ORDER

AND NOW, this 13th day of December, 2002,  it is hereby **ORDERED** that this

Court's Order dated December 11, 2002 (Dkt. No. 28) is **VACATED**.  Upon consideration of the

Motion to Dismiss filed by Defendant Thomas Zarko (Dkt. No. 14) and any responses thereto, it

is hereby **ORDERED** that said motion is **DENIED IN PART and GRANTED IN PART**.   All

claims brought by Plaintiff Highway Materials, Inc. against Thomas Zarko in his official capacity

are hereby **DISMISSED** as agreed to by Plaintiff.  <u>See</u>  Plaintiff's Mem. of Law in Opp. to Def.

Thomas Zarko's Mot. to Dismiss, 11 FN 1.



BY THE COURT:

_____

ROBERT F. KELLY,        Sr. J.