IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC., : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 02-3212 |
| : | |
| WHITEMARSH TOWNSHIP, : | |
| MONTGOMERY COUNTY, PA, et al., : | |
| Defendants. : | |

# ORDER

AND NOW, this             day of                  , 2003, IT IS HEREBY ORDERED THAT the Motion of Plaintiff Highway Materials, Inc. to Compel Defendant Thomas Zarko to Answer Interrogatories and Produce Documents is GRANTED. IT IS FURTHER ORDERED THAT: (i) Mr. Zarko has waived all objections to the discovery requests; and (ii) within three days of this Order, Mr. Zarko shall produce all responsive documents and answer fully all interrogatories.

                                                                                          _____
                                                                                          Kelly, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>WHITEMARSH TOWNSHIP, :<br>MONTGOMERY COUNTY, PA, et al., :<br>:<br>Defendants. :<br>: | CIVIL ACTION NO. 02-3212 |

**MOTION OF PLAINTIFF HIGHWAY MATERIALS, INC.
TO COMPEL THOMAS ZARKO TO ANSWER
INTERROGATORIES AND PRODUCE DOCUMENTS**

1. On December 16, 2002, Plaintiff Highway Materials, Inc. ("HMI") served document requests on counsel for Defendant Thomas Zarko ("Zarko") by hand delivery.

2. On December 20, 2002, HMI served interrogatories on Zarko's counsel by first-class mail.

3. Zarko's responses to these discovery requests were due January 15, 2003 (document requests) and January 22, 2003 (interrogatories).

4. Zarko did not timely respond to the requests.

5. On January 23, 2003, counsel for HMI wrote counsel for Zarko informing him that the responses were overdue and requesting that responses be served. (See Exhibit A hereto.)

6. Counsel for Zarko called counsel for HMI on or about January 28, 2003 and stated that he and Mr. Zarko were still working on the discovery responses.

7. On January 29, 2003, counsel for HMI wrote counsel for Zarko again, requesting responses no later than February 5, 2003. (See Exhibit B hereto.)

8. Zarko still has not filed any responses to the discovery requests.

PHL_A #1719971 v1

WHEREFORE, HMI requests that the Court issue an Order that Zarko has waived any objections to the discovery and that Zarko shall produce all requested documents and fully answer all interrogatories immediately.

Dated:  February 11, 2003

                                                                     _____
                                                                     Michael Sklaroff
                                                                     Walter M. Einhorn, Jr.
                                                                     Arleigh P. Helfer III
                                                                     Corey Field
                                                                     I.D. Nos. 03287, 48733, 84427, and 88650
                                                                     BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                                                                     1735 Market Street, 51st Floor
                                                                     Philadelphia, PA 19103
                                                                     (215) 665-8500

                                                                     Attorneys for Plaintiff
                                                                     Highway Materials, Inc.

## CERTIFICATE OF SERVICE

I, Walter M. Einhorn, Jr., Esquire, hereby certify that on February 11, 2003, I served copies of the foregoing Motion of Plaintiff Highway Materials, Inc. to Compel Defendant Thomas Zarko to Answer Interrogatories and Produce Documents upon the following individuals by facsimile and first-class mail, postage prepaid:

>Jonathan K. Hollin, Esquire
>Powell Trachtman Logan Carrle Bowman and
> Lombardo, P.C.
>475 Allendale Road, Suite 200
>King of Prussia, PA  19406


>Harry G. Mahoney, Esquire
>Deasey Mahoney & Bender Ltd.
>1800 John F. Kennedy Boulevard, Suite 1300
>Philadelphia, PA  19103-2978


>Kevan F. Hirsch, Esquire
>Kaplin Stewart Meloff Reiter & Stein, P.C.
>350 Sentry Parkway, Building 640
>Blue Bell, PA 19422

_____
Walter M. Einhorn, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> WHITEMARSH TOWNSHIP, : <br> MONTGOMERY COUNTY, PA, et al., : <br> : <br> Defendants. : <br> : | CIVIL ACTION NO. 02-3212 |

## CERTIFICATION PURSUANT TO
## LOCAL RULE 26.1(f)

Pursuant to Local Rule 26.1(f), the undersigned hereby certifies that after reasonable effort, as set forth in the accompanying motion, the parties have been unable to resolve this dispute.

Dated: February 11, 2003

_____
Walter M. Einhorn, Jr.
I.D. No. 48733
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

Attorneys for Plaintiff
Highway Materials, Inc.