UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HIGHWAY MATERIALS, INC.             :

                                          :         CIVIL ACTION NO. 02-cv-3212

        v.                           :

                                          :

WHITEMARSH TOWNSHIP, MONTGOMERY   :
COUNTY, PA, et al.                      :

ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of Defendant Thomas F. Zarko in the above-captioned matter.

DEASEY, MAHONEY & BENDER, LTD.

BY:_____
      HARRY G. MAHONEY, ESQUIRE
      MICHAEL L. BARBIERO, ESQUIRE
      Attorneys for Defendants, Whitemarsh Township, the Board of Supervisors of Whitemarsh Township, Ann D. Younglove, Ronald J. Derosa, William P. Rimel, Peter P. Cornog, Michael A. Zeock and Thomas F. Zarko

      Attorney I.D. Nos. 19609/82933
      Suite 1300
      1800 John F. Kennedy Boulevard
      Philadelphia, PA 19103-2978
      (215) 587-9400
      (215) 587-9456 - fax
      245.20872

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HIGHWAY MATERIALS, INC.                      :
                                             :          CIVIL ACTION NO. 02-cv-3212
          v.                                 :
                                             :
WHITEMARSH TOWNSHIP, MONTGOMERY    :
COUNTY, PA, et al.                           :

CERTIFICATE OF SERVICE

I, Harry G. Mahoney, Esquire, hereby certify that a true and correct copy of the foregoing

Entry of Appearance on behalf of Defendant Thomas F. Zarko was served this date, by first-class

mail, on all counsel of record addressed as follows:

> Walter M. Einhorn, Jr., Esquire
> Ballard, Spahr, Andrews & Ingersoll, LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103
>
> Jonathan K. Hollin, Esquire
> Powell, Trachtman, Logan, Carrle,
> Bowman & Lombardo, P.C.
> 475 Allendale Road
> Suite 200
> King of Prussia, PA 19406
>
> Kevan F. Hirsch, Esquire
> Kaplin, Stewart, Meloff, Reiter & Stein, P.C.
> 350 Sentry Parkway
> Building 640
> Blue Bell, PA 19422

Date: _____                    _____
                                          HARRY G. MAHONEY, ESQUIRE