**POWELL, TRACHTMAN, LOGAN, CARRLE**
**BOWMAN & LOMBARDO, P.C.**
By:  Jonathan K. Hollin
Attorney I.D. No. 36660
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(6l0) 354-9700

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HIGHWAY MATERIALS, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WHITEMARSH TOWNSHIP,** | : | |
| **MONTGOMERY COUNTY, PA; THE** | : | |
| **BOARD OF SUPERVISORS OF** | : | |
| **WHITEMARSH TOWNSHIP,** | : | |
| **MONTGOMERY COUNTY, PA;** | : | |
| **ANN D. YOUNGLOVE,** | : | |
| **INDIVIDUALLY AND IN HER** | : | |
| **CAPACITY AS CHAIRMAN OF THE** | : | |
| **BOARD OF SUPERVISORS; RONALD** | : | |
| **J. DEROSA, INDIVIDUALLY AND IN** | : | |
| **HIS CAPACITY AS VICE CHAIRMAN;** | : | |
| **WILLIAM P. RIMEL, III,** | : | |
| **INDIVIDUALLY AND IN HIS** | : | NO. 02-3212 |
| **CAPACITY AS SUPERVISOR; PETER** | : | |
| **B. CORNOG, INDIVIDUALLY AND IN** | : | |
| **HIS CAPACITY AS SUPERVISOR;** | : | |
| **MICHAEL A. ZEOCK, INDIVIDUALLY** | : | |
| **AND IN HIS CAPACITY AS SUPER-** | : | |
| **VISOR and THOMAS F. ZARKO,** | : | |
| **INDIVIDUALLY AND IN HIS** | : | |
| **CAPACITY AS TOWNSHIP ENGINEER** | : | |

---

## PRAECIPE TO WITHDRAW AS COUNSEL

Jonathan K. Hollin, Esquire and Bruce D. Lombardo, Esquire of Powell, Trachtman,

Logan, Carrle, Bowman & Lombardo, P.C. hereby withdraw their appearance as counsel for the

Defendant, Thomas F. Zarko, Individually and in his capacity as Township Engineer.

**POWELL, TRACHTMAN, LOGAN, CARRLE, BOWMAN & LOMBARDO, P.C.**


By:_____
              Jonathan K. Hollin
              Bruce D. Lombardo

Date: March 17, 2003