UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC. : | |
| : | CIVIL ACTION NO. 02-cv-3212 |
| v. : | |
| : | |
| WHITEMARSH TOWNSHIP, MONTGOMERY : | |
| COUNTY, PA, et al. : | |

<u>ENTRY OF APPEARANCE AS CO-COUNSEL</u>

TO THE CLERK:

Kindly enter my appearance as co-counsel on behalf of Defendants Whitemarsh Township, the Board of Supervisors of Whitemarsh Township, Ann D. Younglove, Ronald J. DeRosa, William P. Rimel, Peter P. Cornog , Michael A. Zeock and Thomas F. Zarko in the above-captioned matter.

DEASEY, MAHONEY & BENDER, LTD.

BY:_____
CRAIG M. STRAW, ESQUIRE
Attorneys for Defendants, Whitemarsh Township, the Board of Supervisors of Whitemarsh Township, Ann D. Younglove, Ronald J. Derosa, William P. Rimel, Peter P. Cornog, Michael A. Zeock and Thomas F. Zarko

Attorney I.D. Nos.78212
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103-2978
(215) 587-9400
(215) 587-9456 - fax
245.20872

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC. : | |
| : | CIVIL ACTION NO. 02-cv-3212 |
| v. : | |
| : | |
| WHITEMARSH TOWNSHIP, MONTGOMERY : | |
| COUNTY, PA, et al. : | |

CERTIFICATE OF SERVICE

    I, Craig M. Straw, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance As Co-counsel was served this date, by first-class mail, on all counsel of record addressed as follows:

        Walter M. Einhorn, Jr., Esquire
        Ballard, Spahr, Andrews & Ingersoll, LLP
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103

        Kevan F. Hirsch, Esquire
        Kaplin, Stewart, Meloff, Reiter & Stein, P.C.
        350 Sentry Parkway
        Building 640
        Blue Bell, PA 19422

Date: _____              _____
                                                                                              CRAIG M. STRAW, ESQUIRE