UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HIGHWAY MATERIALS, INC. :
: CIVIL ACTION NO. 02-cv-3212
v. :
:
WHITEMARSH TOWNSHIP, MONTGOMERY :
COUNTY, PA, et al. :

**AMENDED REPORT OF THE PARTIES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)**

The parties, through their counsel and having met as required by Federal Rule of Civil Procedure 26(f), hereby submit this amended report on their proposed discovery plan. Because the parties need more time to complete discovery, this amended report extends the deadlines set forth in the original report by 60 days.

1. **Discovery and Case Management Deadlines**

The parties have agreed on the following deadlines:

- Completion of Fact Discovery - September 30, 2003

- Rule 26(a)(2) (Expert) Disclosures

    - Plaintiff - October 31, 2003

    - Defendants/Intervenors - December 1, 2003

    - Plaintiff (Rebuttal, if necessary) - December 22, 2003

- Dispositive Motions Due - February 2, 2004

- Completion of Expert Discovery - February 2, 2004

- Responses to Dispositive Motions Due - March 8, 2004

2. **Other Issues/Limitations**

The parties have agreed that Plaintiff shall be entitled to take 14 depositions (including third-party depositions) and that Defendants/Intervenors shall be entitled to take a total 14 depositions (including third-party depositions).

The parties jointly request that the Court set a date certain of April 19, 2004 for the commencement of the trial in this matter.

Respectfully submitted,

| BALLARD SPAHR ANDREWS & INGERSOLL, LLP | DEASEY, MAHONEY & BENDER, LTD. |
|---|---|
| *[signature]* | *[signature]* |
| MICHAEL SKLAROFF, ESQUIRE<br>WALTER M. EINHORN, JR., ESQUIRE<br>ARLEIGH P. HELFER, III, ESQUIRE<br>COREY FIELD, ESQUIRE<br>I.D. Nos. 032877, 48733, 84427, and 88650<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Attorneys for Plaintiff | HARRY G. MAHONEY, ESQUIRE<br>MICHAEL L. BARBIERO, ESQUIRE<br>I.D. Nos. 19609, 82933<br>1800 John F. Kennedy Boulevard<br>Suite 1300<br>Philadelphia, PA 19103-2978<br>Attorneys for Defendants |

KAPLIN STEWART MELOFF REITER
& STEIN, P.C.

*[signature]* / APH III

KEVAN F. HIRSCH, ESQUIRE
350 Sentry Parkway
Building 640
Blue Bell, PA 19422
Attorneys for Intervenors

-2-