IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGHWAY MATERIALS, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WHITEMARSH TOWNSHIP, et al. | : | NO. 02-3212 |

**O R D E R**

**AND NOW**, this 6th day of August, 2003, Plaintiff Highway Materials, Inc. having filed a Motion for Leave to File a Reply Memorandum in Support of Its Motion to Compel (Doc. 42), it appearing that said Motion was not received by the court until after the original Motion had already been decided, it is hereby **ORDERED** that the pending Motion (Doc. 42) is **DENIED as MOOT.**

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE