IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGHWAY MATERIALS, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WHITEMARSH TOWNSHIP, | : | NO. 02-3212 |
| MONTGOMERY COUNTY, PA, et al. | : | |

### O R D E R

**AND NOW**, this 29th day of October, 2003, it is hereby **ORDERED** that the Motion of Plaintiff Highway Materials, Inc. for Additional Time to Complete the Deposition of Defendant Thomas F. Zarko (Doc. No. 45) is **GRANTED IN PART**. It is **FURTHER ORDERED** that Mr. Zarko shall be produced for a further period of oral deposition not to exceed one hour.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE