IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGHWAY MATERIALS, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WHITEMARSH TOWNSHIP, | : | NO. 02-3212 |
| MONTGOMERY COUNTY, PA., et al. | : | |

**O R D E R**

**AND NOW**, this 10th day of September, 2004, it is hereby **ORDERED** that counsels' briefs and suggested points for charge are due within fourteen (14) days after disposition of the outstanding Summary Judgment Motions in the above-captioned case.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE