## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HIGHWAY MATERIALS, INC.,                  :
                                          :
      Plaintiff,                       :
                                          :
      v.                               :          CIVIL ACTION NO. 02-3212
                                          :
WHITEMARSH TOWNSHIP, *et al.*,            :
                                          :
      Defendants.                      :
                                          :

## MOTION OF HIGHWAY MATERIALS, INC. FOR LEAVE TO FILE A SUR-REPLY BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Highway Materials, Inc. ("HMI") hereby requests leave to file the attached four-page Sur-Reply Brief in Opposition to Defendants' Motion for Summary Judgment. In their Reply Memorandum, defendants for the first time attacked the testimony of expert Marc J. Jonas. HMI believes that defendants' position with respect to Mr. Jonas is incorrect and wishes to briefly address the issue. Accordingly, HMI requests that the Court grant leave to file the attached Sur-Reply Brief.

_____
Michael Sklaroff (ID No. 03287)
Walter M. Einhorn, Jr. (ID No. 48733)
Lawrence D. Berger (ID No. 16028)
Arleigh P. Helfer, III (ID No. 84427)
Corey Field (ID No. 88650)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

Dated: September 17, 2004        Attorneys for Plaintiff
                                    Highway Materials, Inc.