IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-3212 |
| WHITEMARSH TOWNSHIP, *et al.*, | : |
| Defendants. | : |

### ORDER

AND NOW, this      day of          , 2004, it is HEREBY ORDERED that the Motion of Plaintiff Highway Materials, Inc. For Leave to File a Sur-Reply Brief in Opposition to Defendants' Motion for Summary Judgment is GRANTED.

_____
Robert F. Kelly, J.