## CERTIFICATE OF SERVICE

I, Walter M. Einhorn, Jr., Esquire, hereby certify that on September 17, 2004, I served copies of the foregoing Motion Of Highway Materials, Inc. For Leave To File A Sur-Reply in Opposition to Defendants' Motion for Summary Judgment upon the following individuals:

Harry G. Mahoney, Esquire
Deasey Mahoney & Bender Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(Hand Delivery)

Kevan F. Hirsch, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
350 Sentry Parkway, Building 640
Blue Bell, PA 19422
(Federal Express)

_____
Walter M. Einhorn, Jr.

PHL_A #1920930 v1