UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC. : | |
| : | CIVIL ACTION NO. 02-cv-3212 |
| v. : | |
| : | |
| WHITEMARSH TOWNSHIP, MONTGOMERY : | |
| COUNTY, PA, et al. : | |

ENTRY OF APPEARANCE AS CO-COUNSEL

TO THE CLERK:

Kindly enter my appearance as co-counsel on behalf of Defendants Whitemarsh Township, the Board of Supervisors of Whitemarsh Township, Ann D. Younglove, Ronald J. DeRosa, William P. Rimel, Peter P. Cornog , Michael A. Zeock and Thomas F. Zarko in the above-captioned matter.

DEASEY, MAHONEY & BENDER, LTD.

BY: /s/ Carla P. Maresca (CM853)
CARLA P. MARESCA, ESQUIRE
Attorneys for Defendants, Whitemarsh Township, the Board of Supervisors of Whitemarsh Township, Ann D. Younglove, Ronald J. Derosa, William P. Rimel, Peter P. Cornog, Michael A. Zeock and Thomas F. Zarko

Attorney I.D. No.77568
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103-2978
(215) 587-9400
(215) 587-9456 - fax
245.20872

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC. : | |
| : | CIVIL ACTION NO. 02-cv-3212 |
| v. : | |
| : | |
| WHITEMARSH TOWNSHIP, MONTGOMERY : | |
| COUNTY, PA, et al. : | |

## CERTIFICATE OF SERVICE

I, Carla P. Maresca, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance As Co-counsel was served this date, by first-class mail, on all counsel of record addressed as follows:

    Walter M. Einhorn, Jr., Esquire
    Ballard, Spahr, Andrews & Ingersoll, LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103

    Kevan F. Hirsch, Esquire
    Kaplin, Stewart, Meloff, Reiter & Stein, P.C.
    350 Sentry Parkway
    Building 640
    Blue Bell, PA 19422

Date:  October 1, 2004                          /s/ Carla P. Maresca (CM853)
                                                                             CARLA P. MARESCA, ESQUIRE