IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIGHWAY MATERIALS, INC., <br><br> Plaintiff/Appellant, <br><br> v. <br><br> WHITEMARSH TOWNSHIP, MONTGOMERY COUNTY, PA; THE BOARD OF SUPERVISORS OF WHITEMARSH TOWNSHIP, MONTGOMERY COUNTY, PA.; ANN D. YOUNGLOVE, INDIVIDUALLY AND IN HER CAPACITY AS CHAIRMAN OF THE BOARD OF SUPERVISORS; RONALD J. DEROSA, INDIVIDUALLY AND IN HIS CAPACITY AS VICE CHAIRMAN; WILLIAM P. RIMEL, III, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; PETER B. CORNOG, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; MICHAEL A. ZEOCK, INDIVIDUALLY AND IN HIS CAPACITY AS SUPERVISOR; THOMAS F. ZARKO, INDIVIDUALLY AND IN HIS CAPACITY AS TOWNSHIP ENGINEER, <br><br> Defendants/Appellees. | CIVIL ACTION NO. 02-3212 |

## NOTICE OF APPEAL
## OF PLAINTIFF HIGHWAY MATERIALS, INC. TO THE
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Highway Materials, Inc. ("HMI"), plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the October 4, 2004 Orders of the United States District Court for the Eastern District of

-2-

Pennsylvania, entered on October 5, 2004, which granted defendants' Motion for Summary Judgment and entered judgment in favor of defendants, as well as from the Court's accompanying Memorandum Opinion. (District Court Docket Entry Nos. 76 & 77.)

Dated: October 29, 2004

                                         Michael Sklaroff, Esquire
Walter M. Einhorn, Jr., Esquire
Lawrence D. Berger, Esquire
Arleigh P. Helfer III, Esquire
Corey Field, Esquire
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

Attorneys for Plaintiff/Appellant
Highway Materials, Inc.

## **CERTIFICATE OF SERVICE**

I, Arleigh P. Helfer III, hereby certify that on the 29th day of October, 2004, I caused a true and correct copy of the foregoing Notice of Appeal to be served upon counsel for Defendants and Intervenors as follows:

>Harry G. Mahoney
>Deasey Mahoney & Bender Ltd
>1800 John F. Kennedy Blvd., Suite 1300
>Philadelphia, PA 19103
>(215) 587-9400
>(By Hand Delivery)
>
>Attorneys for Defendants
>
>Kevan Francis Hirsch
>Kaplin Stewart Meloff Reiter & Stein PC
>350 Sentry Parkway East, Building 640
>Blue Bell, PA 19422
>(610) 941-2536
>(By First Class Mail, Postage Prepaid)
>
>Attorneys for Intervenors

A courtesy copy has also been delivered by hand to:

>The Honorable Robert F. Kelly
>U.S. Courthouse
>601 Market Street, Room 11613
>Philadelphia, PA 19106

_____
Arleigh P. Helfer III