IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HIGHWAY MATERIALS, INC.

02-3212
District Court Docket Number

vs.

WHITEMARSH TOWNSHIP ET AL.

Notice of Appeal Filed 10/29/04
Court Reporter(s)/ESR Operator(s)        T. GARRITY

Filing Fee:
    Notice of Appeal __X__ Paid ___ Not Paid    ___ Seaman
    Docket Fee        __X__ Paid ___ Not Paid    ___ USA/VI

CJA Appointment (Attach Copy of Order)

___ Private Attorney
___ Defender Association or Federal Public Defender
___ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

___ Motion Granted
___ Motion Denied
___ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

___ Granted
___ Denied
___ Pending

CC:

Defendant's Address (for criminal appeals)

Prepared by : _____
STEPHEN BISSELL, Deputy Clerk 10/29/04

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm