IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIGHWAY MATERIALS, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WHITEMARSH TOWNSHIP, | : | NO. 02-3212 |
| MONTGOMERY COUNTY, et al. | : | |

**O R D E R**

**AND NOW**, this 20th day of July, 2011, Highway Materials, Inc.'s Motion for Review of the District Court Clerk's Taxation of Costs (Doc. No. 90) is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

The Judgment entered in favor Whitemarsh Township, Montgomery County, PA; (Doc. No. 91), Donald J. DeRosa, individually, and in his capacity as Vice-Chairman; William P. Rimel, III, individually and in his capacity as Supervisor; Peter B. Cornog, individually and in his capacity as Supervisor; Michael A. Zeock, individually and in his capacity as Supervisor; and Thomas F. Zarko, individually and in his capacity as Supervisor; and against Highway Materials, Inc. in the amount of $43,042.05 is reduced to $41,869.84.

The Judgment in favor of Donald Cohan (Doc. No. 92) is **AFFIRMED** in the amount of $5,018.63.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE